UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEVEN M. LINDELL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.

SANFORD, PIERSON, THONE & STREAN, PLC, CASSANDRA M. KUEBLER, COURTNEY STREAN, AND ALERUS FINANCIAL, N.A.,

    Defendants.

Case No. 23-CV-1250 (PJS/DJF)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on January 12, 2024 [ECF No. 43],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 16, 2024

                                        s/Patrick J. Schiltz
                                        Patrick J. Schiltz, Chief Judge
                                        United States District Court